**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BONNIE HAYES BONSALL,

    Plaintiff,                            Case No.: 1:26-cv-05808

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
| --- | --- |
| 1 | guangxibeihaishifaquanjixiezulinfuwuyouxiangongsi |
| 2 | Likjad |
| 3 | xuanenshinengxinnengyuanyouxiangongsi |
| 4 | GuangZhouYueFeiLingShangMaoYouXianGongSi |
| 5 | Sminial Decor |
| 6 | LuxeLine Art |
| 7 | weike |
| 8 | zhai hanghang |
| 9 | KB ART |
| 10 | M The art of beckoning |
| 11 | KUBY Painting SHOP |
| 12 | YNAdian |
| 13 | C cqdxd |
| 14 | Louise Mandy |
| 15 | Joshua Cody |
| 16 | Banbo Decorative painting |
| 17 | U cj Decorative Painting |
| 18 | Yuie Yuo Decoration |
| 19 | Sundrift K |
| 20 | EMOTION PAINTING ART |
| 21 | CustomGlitz |
| 22 | Lin Super assembly center |
| 23 | ZoyiShop |

1

| 24 | ZH Art |
|----|--------|
| 25 | Paintings canvas |
| 26 | My home studio |
| 27 | Cool print space |
| 28 | H Tian decorative painting |
| 29 | Yearround shop |
| 30 | HiCustomArt |
| 31 | Interior decoration paint ka |
| 32 | A Fan Pai LAN Decoration |
| 33 | S Z Canvas Studio |
| 34 | Time Home B |
| 35 | Folk Home Textiles C |
| 36 | NB Canvas ART |
| 37 | WT Canvas ART |
| 38 | Linea K Vale |
| 39 | TEPLKJR DIY |
| 40 | World Visual Presentation |
| 41 | YS art poster |
| 42 | Art Code |
| 43 | O tei Decorative Painting |
| 44 | Jia Home Furnishings B |
| 45 | Cozy corner wall art decoration |
| 46 | Fashion World ART |
| 47 | Verve Vignette |
| 48 | Canvas Tales Me |
| 49 | Home Decoration Two |
| 50 | Artistic Whispers |
| 51 | ZZY ART STUDIO |
| 52 | Chen Yi Lan Painting |
| 53 | C YJJ Art Painting |
| 54 | NiNEArt |
| 55 | IASFVY |
| 56 | Ingrid poster |
| 57 | yujain ni art |
| 58 | Joyfullo |
| 59 | Interesting Canvas Poster |
| 60 | T AH Home Decorations |
| 61 | E Grateful Decorative painting |

| 62 | AllSeason Home Goods |
|----|----------------------|
| 63 | Lumigram Art |
| 64 | Gerald Decoration |
| 65 | Crafted Hue Canvas |