## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Bonnie Hayes Bonsall

Plaintiff,

v.

Case No.:
1:26−cv−05808

Honorable Georgia N. Alexakis

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 15, 2026:

MINUTE entry before the Honorable Georgia N. Alexakis: Pursuant to Plaintiff's notice of voluntary dismissal [14] and Federal Rule of Civil Procedure 41(a)(1)(A)(i), this matter is dismissed without prejudice. The Court vacates the 7/21/2026 status hearing. Civil case terminated. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JH
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
July 16, 2026